PrimeCare Medical, Inc./PrimeCare Medical of WV, Inc.
Jail/Prison Non Formulary Request Form

Date of Request: 2017-07-13 15:50:38
Patient Name: Billups     Michael
Patient SSN:
Patient Number: aul161942
Patient DOB:
Incarceration Date: 2017-03-04 00:00:00

Facility Name: WRJ
Sex:     M

| PrimeCare Provider Requesting: | baldera |
|---|---|
| Outside Provider Ordering Name: | |
| Was contact made for formulary substitute: | |
| Current Meds/Treatments/Restrictions: | Ibuprofen - 200mg - 2 Tab By Mouth BID PRN - End: 2017-07-13 00:00:00 Cip Susp [OT-Left] Into Left Ear BID - End: 2017-07-24 00:00:00 |
| CorEMR Problems: | Alcohol Withdrawal Heroin Withdrawal Benzo Withdrawal Opiate Withdrawal C |
| Allergies: | PCN- no tylenol |
| Reason/Diagnosis for request: | Moderate otitis externa of left ear |
| List of other medications that were attempted: | na |
| Medication Requested: | CIPRODEX |
| Dosage: | 7.5mL |
| Frequency: | 1 suspension into left ear bid |
| Duration of Treatment/Length of Stay: | 2 weeks |
| Can patient supply or insurance be utilized: | na |
| If asthmatic what is peak flow? Frequency of albuterol?: | na |
| Was patient taking prior arrest? : | na |
| Is patient compliant?: | na |
| Is patient an out of facility worker?: | na |
| How was patient getting this medication prior to arrest?: | na |
| Date of admission?: | 3-4-17 |

Requester Name: Regina Bryant, LPN

Cost of Medication:     $196.2700
Recommended Substitute or Notes:

Decision:   **APPROVED**
Notes:      what other drops have been attempted
User:       Todd W. Haskins, URC
Decision Date: 2017-07-14 12:18:35

**PrimeCare Medical, Inc./PrimeCare Medical of WV, Inc.
Jail/Prison Non Formulary Request Form**

Date of Request: 2017-07-31 14:34:28
Patient Name: Billups   Michael
Patient SSN:
Patient Number: aul161942
Patient DOB:
Incarceration Date: 2017-03-04 00:00:00

Facility Name: WRJ
Sex: M

| | |
|---|---|
| PrimeCare Provider Requesting: | Dr. Alfred Baldera, MD |
| Outside Provider Ordering Name: | |
| Was contact made for formulary substitute: | |
| Current Meds/Treatments/Restrictions: | Paxil - 20mg - 1 Tab [PO] By Mouth QD - End: 2017-10-11 00:00:00 Ciprodex [OT-Left] Into Left Ear BID - End: 2017-08-14 00:00:00 |
| CorEMR Problems: | Alcohol Withdrawal Heroin Withdrawal Benzo Withdrawal Opiate Withdrawal C REVIEW |
| Allergies: | PCN- no tylenol |
| Reason/Diagnosis for request: | Moderate otitis externa of left ear |
| List of other medications that were attempted: | not applicable |
| Medication Requested: | Ciprodex Otic (7.5Ml) |
| Dosage: | (7.5Ml)' |
| Frequency: | 1 Susp [OT-Left] Into Left Ear BID |
| Duration of Treatment/Length of Stay: | 07/28/2017 08/14/2017 |
| Can patient supply or insurance be utilized: | no |
| If asthmatic what is peak flow? Frequency of albuterol?: | not applicable |
| Was patient taking prior arrest? : | no |
| Is patient compliant?: | yes |
| Is patient an out of facility worker?: | no |
| How was patient getting this medication prior to arrest?: | no |
| Date of admission?: | 03/04/2017 02:16 |

Requester Name: Jennifer Hatfield, MA

Cost of Medication:    $196.2700
Recommended Substitute or Notes:

Decision: **APPROVED**
Notes:
User:   Todd W. Haskins, URC
Decision Date: 2017-07-31 16:08:38

# Michael Shawn Billups

Sex: Male  
Height: 6ft 0in  

Agency: County  
Location: F1  
JMS ID: aut161942  

Allergies:  
PCN- no tylenol  

#82058

Reports  
MAR by Month  

## Medication Administration Record (MAR)

| Styling | Symbol | Result |
|---|---|---|
| 1 | ✓ | Received |
| 1 | X | Refused |
| 1 | A | Absent |
| 1 | O | Not Given |
| ? | ? | Missing |
|   |   | Upcoming / Unsaved |
| ~ | ~ | Unscheduled |

| Initials | Name |
|---|---|
| JH | LPN Hughes, LPN, Joshua |
| RB | Bryant, LPN, Regina |
| CR | Ratliff, LPN, Crystalyn |
| SD | LPN Dillon, LPN, Shannan |
| KR | Richardson, LPN, Kendra |
| SC | Christian, LPN, Susie |
| KT | LPN Turner, LPN, Kristin |
| SC | Carey, LPN, Sarah |
| CW | Workman, RN, Cathrina |
| KLM | LPN Moore, LPN, Krystle L |

## July 2017

| Medication | Clinician | Total /% | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ciprodex Otic (7.5Ml) 1 Susp [OT-Left] Into Left Ear BID Scheduled | Baldera, Alfred | 3 / 35 (9%) | 2000 | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |   | JH 1 | CR 1 | CR 1 |   | KR 1 | KR 1 | JH 1 | JH 1 | SC 1 | KR 1 | SC 1 | CR 1 | KLM 1 | KLM 1 | KT 1 | KLM 1 | CR 1 | ? | ~ | ~ | ~ | ~ | 0% |
|   |   |   | 0800 | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |   | RB 1 | RB 1 | RB 1 | KR 1 | SC 1 | KT 1 | SC 1 | SC 1 | CW 1 | SC 1 | SD 1 | KT 1 | SC 1 |   | KLM 1 | RB 1 |   | ~ | ~ | ~ |   | 17% |

### Notes

| Medication | Date | User | Note |
|---|---|---|---|
| Ciprodex Otic (7.5Ml) 1 Susp [OT-Left] Into Left Ear BID | 07/12/2017 23:27 | Ratliff, LPN, Crystalyn | medication not available |
| Ciprodex Otic (7.5Ml) 1 Susp [OT-Left] Into Left Ear BID | 07/26/2017 20:27 | Ratliff, LPN, Crystalyn | inmate states medication never received from Boswell. will follow up with dayshift staff re: ordering. |

P. 1

\* \* \* Communication Result Report ( Jul. 31. 2017 2:51PM ) \* \* \*

2)

Date/Time: Jul. 31. 2017 2:51PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 6236 | Memory TX | 18666297644 | P. 2 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size
E. 2) Busy
E. 4) No facsimile connection
E. 6) Destination does not support IP-Fax

## BOSWELL PHARMACY

### FAX Cover Sheet

TO: Boswell Pharmacy            FROM: J Hatfield
Phone: 814-629-1397             Phone: 304-733-5684
Fax:   814-629-7644

Date: 7/31/17          Faxed By: J Hatfield
Pages: 2               (including cover page)
Time: 1449             Verification #:

COMMENT: Verbal Approved by Tody Haskins @ Primecare medical

P. 1

\* \* \* Communication Result Report ( Jul. 19. 2017 5:05PM ) \* \* \*

2)

Date/Time: Jul. 19. 2017 5:04PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 5579 | Memory TX | Boswell | P. 1 | OK | |

Reason for error
E. 1) Hang up or line fail          E. 2) Busy
E. 3) No answer                      E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size      E. 6) Destination does not support IP-Fax

**Boswell**

101 Schoolhouse Rd., P.O. Box 219
Johnstown, Pennsylvania 15907
(p) 1.888.608.2720
(f) 814.028.7644
www.boswellpharmacy.com

**DAILY DRUG ORDER**

CHECK 2

Facility: Westsdy
Nursing station:
Date: 4/25/17

R.N. ORDERED BY: Schiatano
L.N. RECV BY:

Patient Name: Michael Blups
Allergies: PCN
Medication: Cipraxey Ohc suspension
Directions: 1st dose today BID
Direction date: 11/25/13
Doctor: A. Babbra



131 Schoolhouse Rd., P.O. Box 266
Jennerstown, Pennsylvania 15547
(p) 1.888.688.3258
(f) 814.629.7644
www.boswellpharmacy.com

## DAILY DRUG ORDER

CHOICE 2

Facility: WRJ #44
Nursing station:
Date: 7/28/17

R.N. ORDERED BY: Schustian
R.N. REC'D BY:

**NON FORMULARY**

**NON FORMULARY**

PATIENT NAME: Michael Billups
INMATE#: 82658
ALLERGIES: PCN
D.O.B.: 12/10/75
MEDICATION: Ciprodex Otic
STRENGTH: 7.5ML Suspen
DIRECTIONS: 1 gtt into L ear BID
QTY/STOP DATE: 8/14/17
DOCTOR: Baldera

**NON FORMULARY EXPIRED 7/11/17
PLEASE SUBMIT NEW ONE**

THE EASY TRANSITION TO PERSONAL AND COMPREHENSIVE PHARMACY

**Michael Shawn Billups**  #82058

Sex: Male
Height: 6ft 0in

Agency: County
Location: F1
JMS ID: aut161942

Allergies:
PCN- no tylenol

Reports
MAR by Month

# Medication Administration Record (MAR)

| Styling | Symbol | Result |
|---|---|---|
| 1 | V | Received |
| 1 | X | Refused |
| 1 | A | Absent |
| 1 | O | Not Given |
| ? | ? | Missing |
|   |   | Upcoming / Unsaved |
| ~ | ~ | Unscheduled |

| Initials | Name |
|---|---|
| RB | Bryant, LPN, Regina |
| SC | Carey, LPN, Sarah |
| CR | Ratliff, LPN, Crystalyn |
| KR | Richardson, LPN, Kendra |
| SD | LPN Dillon, LPN, Shannan |
| KT | LPN Turner, LPN, Kristin |
| JH | LPN Hughes, LPN, Joshua |
| SC | Christian, LPN, Susie |

## August 2017

| Medication | Clinician | Total % | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ciprodex Otic (7.5Ml) 1 Susp [OT-Left] into Left Ear BID Scheduled | Baldera, Alfred | 1/28 (4%) | 0600 | RB1 | RB1 | KR1 | RB1 | KT1 | KR1 | SC1 | SC1 | SC1 | SC1 | SC1 | JH1 | KR1 | SC1 | ? | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | 0% |
|  |  |  | 2000 | SC1 | CR1 |  | SD1 | JH1 | SD1 | JH1 | CR1 | CR1 | SC1 | JH1 | JH1 | JH1 | KR1 | ? | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | 7% |

### Notes

| Medication | Date | User | Note |
|---|---|---|---|
| Ciprodex Otic (7.5Ml) 1 Susp [OT-Left] into Left Ear BID | 08/03/2017 10:29 | Richardson, LPN, Kendra | Called for inmate x3 with no response |
| Ciprodex Otic (7.5Ml) 1 Susp [OT-Left] into Left Ear BID | 08/06/2017 10:19 | Richardson, LPN, Kendra | Called for x3 w/ no response. |
| Ciprodex Otic (7.5Ml) 1 Susp [OT-Left] into Left Ear BID | 08/09/2017 23:14 | Ratliff, LPN, Crystalyn | medication not available |
| Ciprodex Otic (7.5Ml) 1 Susp [OT-Left] into Left Ear BID | 08/13/2017 10:22 | Richardson, LPN, Kendra | Called for x3 w/ no response |