# Michael Shawn Billups

**Sex:** Male  (Age 41)
**Height:** 6ft 0in

**Agency:** County
**Location:** F1
**JMS ID:** aut161942

**Allergies:**
PCN- no tylenol

#82058

## Sick Calls
### Triage

- 08-24-2017 : Telephone / Verbal Order Form (M...
- 08-15-2017 : Telephone / Verbal Order Form (M...
- 07-09-2017 : Ear Complaints/Pain (Updated Mar...

### Medical

Begin New Sick Call »

### Dental

- No recent records

### Mental Health

- 07-14-2017 : Anita Petitte, PA-C
- 03-23-2017 : Anita Petitte, PA-C

## Begin New Medical Sick Call »

[   Search   ] [ Clear ]

Viewing 1-4 of 4 History Items    [ Show 10 ▼ ]

### 08-02-2017 10:19 with Alfred Baldera (Task Priority: 1) [Last Updated: 08-02-2017 10:23]

| (No Related Actions) | Subjective: DSC: reassess inmate Left ear and possible tumor on back family called States never received any ciprodex // ears improved w/o tx. Lipoma becoming more uncomfortable | Locked: Yes Interpreter used: No |
| --- | --- | --- |
| | Objective: Large lipoma as previously described dorsum on left. Ears bilaterally normal at this time. | |
| | Assessment: lipoma back OE cleared | |
| | Plan: continue in process of obtaining surgical eval/removal of lipoma. Research reason for medication delay. | |
| | Education: IM appraised of plan | |

Entered by: Alfred Baldera at staff request
Add Addendum
Recategorize to [ Medical ▼ ]

### 07-10-2017 10:01 with Alfred Baldera (Task Priority: 1) [Last Updated: 07-10-2017 10:06]

| Medications Ordered | Subjective: DSC- inmate has possible lipoma or cyst on left upper back area Also c/o left ear pain | Locked: Yes Interpreter used: No |
| --- | --- | --- |
| • Ciprodex Otic (7.5Ml) 1 Susp (OT-Left) Into Left Ear BID (07/10 - 07/24/17) | Objective: 4 cm by 4 cm lipoma of thoracic area posteriorly. Moderate otitis externa of left ear | |
| | Assessment: lipoma OE | |
| Documents Scanned / Uploaded | Plan: Requested Removal will start process of surgical evaluation. Ciprodex bid to left ear | |
| • Sick Calls document - (162 KB) | Education: IM appraised of plan | |

Entered by: Alfred Baldera at staff request
Add Addendum
Recategorize to [ Medical ▼ ]