**PrimeCare Medical, Inc./PrimeCare Medical of WV, Inc.**
**Jail/Prison Consultation Review Form**

| | |
|---|---|
| Date of Request: | 2017-09-08 11:50:57 |
| Patient Name: | Billups    Michael |
| Patient SSN: | |
| Patient Number: | aul161942 |
| Patient DOB: | |
| Incarceration Date: | 2017-03-04 00:00:00 |
| Date of injury or illness if known: | 1900-01-01 00:00:00 |
| Anticipated Release Date: | 1900-01-01 00:00:00 |
| Facility Name: | Western Regional Jail |
| Patient Type: | | State/DOC |
| Sex: | M |
| Pregnancy: | No |

**Injury/Illness Type**

| | |
|---|---|
| Date of Incident: | 2017-07-10 00:00:00 |
| Active Health Insurance: | No |
| Works Comp/Work Related Injury: | No |
| Veteran: | No |
| Motor Vehicle: | No |
| Insurance Company: | |
| Group#: | |
| Policy#: | |
| If Insurance Pre-Auth required: | No |
| Pre-existing Condition: | No |
| | |
| Authorization Type: | Office |
| Ordered Method of Transporation: | Facility Van |

---

Visit Type: New
Reqested Provider/Specialist Type: surgical evaluation
Anticipated DOS: Routine September 2017
Physician's Assessment/Chief Complaint:
Lipoma thoracic region posteriorly that is increasingly more uncomfortable
Medical History:
no known medical hx
Current Vital Signs: Wt 189lbs.
T 97
P 95
R 18
BP 108/70

---

CorEMR Problems:
Alcohol Withdrawal Heroin Withdrawal Benzo Withdrawal Opiate Withdrawal CARDIAC MEDICATION REVIEW
Current Meds/Treatments/Restrictions:
Paxil - 20mg - 1 Tab [PO] By Mouth QHS - End: 2017-10-11 00:00:00
Allergies:
PCN- no tylenol

Test Results/X-Rays/EKG/Lab 1.
2.
3.

Provider Name: Alfred Baldera
Requestor Name: Susie Christian, LPN

| HSA Review Questions | |
|---|---|
| Committed to Institution by: (ie state police, parole, sheriff) | Cabell County |
| Inmate Type: | State\DOC\TPV |
| Charges: | 1st degree robbery, armed robbery |
| If unsentenced, what is bail? | na |
| If sentenced, what is min release date? | na |
| From CorEMR, does inmate have insurance? | Yes |
| If so, what? | Medicaid |
| Has insurance been utilized? | No |
| Commit Date & Time? | 3/3/17 0040 |
| Release Date & Time? | |
| Has hospitalization occurred from visit? | No |
| If Yes: | |
| Name of Hospital: | |
| WV - Hospitalized greater than 24 hrs.? | |

| Facility Level Decision | |
|---|---|
| Facility Determination: | **AUTO APPROVAL** |
| Notes: | |
| Designee Signature: | **AUTOMATIC APPROVAL** |
| Date: | 2017-09-08 11:54:19 |

| Corporate URC Use Only | |
|---|---|
| Consult Determination: | Pending |
| Notes: Please have provider assess this patient and call me | |
| Corporate Medical Director/Designee Electronic Signature: | Jennifer Mroz, PA-C, CCHP |
| Date: | 2017-09-17 09:12:30 |
| Authorization ID: | 650801103 |
| Return Date: | 2017-09-18 08:40:33 |
| Authorized Billing: | **Roberta Mottola** |

## Patient Note

**Michael Shawn Billups**

Author: Baldera, Alfred
Date: 09-19-2017 1240
Access: This note is for Medical Staff only
Note: Tasked to clarify need for surgical consultation.
Mass felt to be lipoma 4cm by 4 cm with diffuse borders ; non tender and without evidence of infection.
Inmate states it has become more uncomfortable ( if lying on side ) and would like the lesion removed;
Surgical consult needed to ascertain the lipoma diagnosis and for an opinion regarding emergent or
elective removal of same.

Highlight Note?: No

Related Problems
MUSCULAR / SKELETAL (mass

# Michael Shawn Billups

Sex: Male
D[redacted] (Age 41)
Height: 6ft 0in

Agency: County
Location: F1
JMS ID: aut161942

Allergies:
PCN- no tylenol

#82058

## Tasks
Today (2)

| Add New Task | Show All Categories ⌄ | |
|---|---|---|
| First<br>09-19-2017 | **Dentist**<br>At staff request<br>Perform annual dental exam<br><br>[Created by: Bryant, LPN, Regina at 10-04-2016 11:29:47]<br>[Last modified: System, CorEMR at 10-21-2016 16:01:02] | **Update Notes**<br>• Delete Appointment - Inmate was released 10-21-2016 [System, CorEMR on 10-21-2016] |
| First<br>09-19-2017 | **Outside Provider [Medical]**<br>At staff request<br>Consult completed at this time for surgical evaluation lipoma -once approved schedule appointment<br><br>9-11-17 - 1258 - no approval at this time<br>9-12-17 - 1621 - no approval at this time<br>9-13-17 - 1650 - NO APPROVAL AT THIS TIME<br>9-14-17 - 1620 - no approval at this time<br>9-15-17 1628 - no approval at this time<br>09-19-17 0932 - no approval at this time<br>9-19-17 1124 - received call from Dr Baldera that he spoke with J Mroz and received a verbal approval for outside appointment<br><br>[Created by: Christian, LPN, Susie at 09-08-2017 11:55:16]<br>[Completed by: Bryant, LPN, Regina at 09-19-2017 12:48:32] | **Update Notes**<br>• Completed Appointment - Called Marshall Surgery at 304-691-1200 and scheduled appointment for September [redacted] [Bryant, LPN, Regina on 09-19-2017] |