UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

MICHAEL SHAWN BILLUPS,

      Plaintiff,

v.                            Civil Action No.: 3:17-cv-03788

WESTERN REGIONAL JAIL,
CORRECTIONAL OFFICER WADE,
MEDICAL SUPERVISOR MICHELLE CARR and
NURSE SUZIE,

      Defendants.

### AFFIDAVIT OF KRISTA VALLANDINGHAM, R.N.

STATE OF WEST VIRGINIA}

COUNTY OF CABELL    } TO-WIT:

    Krista Vallandingham, being first duly sworn, deposes and says as follows:

1. I am over the age of eighteen (18) years.

2. I suffer from no disability that would interfere with my ability or confidence to make this affidavit.

3. I am employed by PrimeCare Medical of West Virginia, Inc., as the acting Health Services Administrator at the Western Regional Jail in Barboursville, West Virginia, as well as the Regional Coordinator.

4. I have thoroughly reviewed the medical records of Michael Shawn Billups, as well as any and all inmate grievances related to healthcare filed by Billups.

5. After thorough review, I have determined that Mr. Billups filed no grievances related to his medical care, which is the subject of this lawsuit.

Further the affiant sayeth naught.

                                                  */s/ Krista Vallandingham*
                                                 Krista Vallandingham, R.N.

STATE OF WEST VIRGINIA,

COUNTY OF ___Cabell___, TO-WIT:

I, ___Lana Stepp___, a Notary Public in and for the County and State aforesaid, do hereby certify that Krista Vallandingham, whose name is signed to the Affidavit above, bearing date the _21_ day of _September_, 2017, has this day acknowledged the same before me in my said County and State.

Given under my hand this _21_ day of _September_ 2017.

My commission expires: _4-26 2023_.

[Notary Seal: OFFICIAL SEAL / NOTARY PUBLIC / STATE OF WEST VIRGINIA / Lana M Stepp / Western Regional Jail / One O'Hanlon Place / Barboursville, WV 25504 / My Commission Expires April 26, 2023]

_____Lana M Stepp_____
Notary Public

2