UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

MICHAEL SHAWN BILLUPS,

      Plaintiff,

v.                        Civil Action No.: 3:17-cv-03788

WESTERN REGIONAL JAIL,
CORRECTIONAL OFFICER WADE,
MEDICAL SUPERVISOR MICHELLE CARR
NURSE SUZIE, and DR. ALFRED BALDERA,

      Defendants.

### MOTION TO DISMISS AMENDED COMPLAINT AND ALTERNATIVE MOTION FOR SUMMARY JUDGMENT BY <u>DEFENDANT, DR. ALFRED BALDERA</u>

**COMES NOW**, the Defendant, Dr. Alfred Baldera, by counsel, D.C. Offutt, Jr., Anne Liles O'Hare and Offutt Nord Burchett, PLLC, pursuant to Rules 12(b) and 56 of the Federal Rules of Civil Procedure and respectfully moves this Honorable Court to dismiss the Plaintiff's Amended Complaint against him. In support of said Motion, the defendant states as follows:

    1.    Plaintiff's Claims Must Be Dismissed for Failure to State a Claim Upon Which Relief Can Be Granted;

    2.    Plaintiff's Claim Must Be Dismissed Because He Failed to Exhaust His Administrative Remedies;

    3.    Plaintiff's Claims Do Not Meet the Legal Threshold for a Viable Eighth Amendment Claim; and

    4.    Plaintiff has failed to comply with the Notice of Claim and Screening Certificate of Merit requirements of the MPLA.

**WHEREFORE**, for the foregoing reasons, Dr. Alfred Baldera, hereby moves this Honorable Court to dismiss the Plaintiff's Complaint against him for failure to state a claim upon which relief can be granted, pursuant to Rule 12(b)(6) or alternatively, the Defendant should be granted summary judgment from this action, pursuant to Rule 56, as there is no genuine issue of material fact in dispute.

        **RESPECTFULLY SUBMITTED,**

        **DR. ALFRED BALDERA**

        **By Counsel**

/s/ Anne Liles O'Hare
D.C. Offutt, Jr., Esquire (WV #2773)
Anne Liles O'Hare, Esquire (WV # 9171)
***Offutt Nord Burchett, PLLC***
949 Third Avenue, Suite 300
P.O. Box 2868
Huntington, WV 25728-2868
(304) 529-2868 - Phone
(304) 529-2999 - Facsimile
dcoffutt@onblaw.com
alohare@onblaw.com