UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

MICHAEL SHAWN BILLUPS,

    Plaintiff,

v.                                Civil Action No.: 3:17-cv-03788

WESTERN REGIONAL JAIL,
CORRECTIONAL OFFICER WADE,
MEDICAL SUPERVISOR MICHELLE CARR and
NURSE SUZIE,

    Defendants.

### AFFIDAVIT OF KRISTA VALLANDINGHAM, R.N.

STATE OF WEST VIRGINIA}

COUNTY OF CABELL    } TO-WIT:

    Krista Vallandingham, being first duly sworn, deposes and says as follows:

1. I am over the age of eighteen (18) years.

2. I suffer from no disability that would interfere with my ability or confidence to make this affidavit.

3. I am employed by PrimeCare Medical of West Virginia, Inc., as the acting Health Services Administrator at the Western Regional Jail in Barboursville, West Virginia, as well as the Regional Coordinator.

4. I have thoroughly reviewed the medical records of Michael Shawn Billups, as well as any and all inmate grievances related to healthcare filed by Billups.

5. After thorough review, I have determined that Mr. Billups filed no grievances related to his medical care, which is the subject of this lawsuit.

Further the affiant sayeth naught.

                                                    */s/ Krista Vallandingham*
                                                    Krista Vallandingham, R.N.

STATE OF WEST VIRGINIA,

COUNTY OF Cabell, TO-WIT:

I, Lana Stepp, a Notary Public in and for the County and State aforesaid, do hereby certify that Krista Vallandingham, whose name is signed to the Affidavit above, bearing date the 21 day of September, 2017, has this day acknowledged the same before me in my said County and State.

Given under my hand this 21 day of September 2017.

My commission expires: 4-26-2023.



Lana Lm Stepp
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Lana M Stepp
Western Regional Jail
One O'Hanlon Place
Barboursville, WV 25504
My Commission Expires April 26, 2023