

# Lockdown Officer Client

[ Back ] [ My Account ] [ Log Out ]

**Inquiry created 8/1/2017**

**Current Status:** Closed

**Issue ID:** 7812772
**Created by:** 3569441 Michael Billups ( Current Location: WRJ F 1 07 - FLR )
**Assigned to:** None
Status History   Back to My Issues   Print Issue

[ Comment ] [ Sort Ascending ]

**Inquiry Text**                                                                                              **Officer Comments**

*Michelle Carr on 08/03/2017 09:22 AM*

you need to write the fiscal clerk romans. she handles the money

*3569441: Michael Billups WRJ F 1 07 - FLR on 08/02/2017 01:00 PM*

I just seen the doctor earlier and he said my ear has healed itself where its almost been a month since he ordered them so I dont need the eardrops now could you please contact the fiscal management and just have them credit my account because I recieved no treatment and I should not be charged for services I did not recieve , I know this is not your fault , if you dont have the authority to refund my account I can get my family too contact charleston about the issue , thank you for your help

*Michelle Carr on 08/02/2017 09:42 AM*

the ear drops had to be approved and we had to wait on the pharmacy you will receive them and you do need them if ear quit hurting it will restart and you will wish you had the drops

*3569441: Michael Billups WRJ F 1 07 - FLR on 08/01/2017 09:40 PM*

to the medical supervisor I never got my prescription for my ear drops and I no longer need them its been 3 weeks or longer can you tell fiscal management to refund my account I dont think I should be charged for treatment I didnt get thank you

All times are displayed in Eastern Time (US & Canada).

JailATM ™ ©2017 Tech Friends, Inc.

